AUSA: Caitlin Casey  Telephone: (313) 226-9100
Task Force Officer: John Cozzi  Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Devantae Bell | Case: 2:21−mj−30175<br>Assigned To : Unassigned<br>Assign. Date : 4/14/2021<br>CMP: USA v BELL (MAW) |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 22, 2020 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

John A. Cozzi, Task Force Officer (FBI)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: April 14, 2021

_____
Judge's signature

City and state: Detroit, Michigan

Hon. Elizabeth A. Stafford, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, John Cozzi, being first duly sworn, hereby depose and state as follows:

### Introduction and Background

1. I am a Task Force Officer with the Federal Bureau of Investigation (FBI), and have been since January of 2020. I am assigned currently to the FBI Detroit Division's Violent Crime Task Force ("VCTF"). Prior to my assignment at the FBI, I was assigned to the patrol division of the Northville Township Police Department in Northville, MI for approximately three years. Prior to my employment with the Northville Township Police Department, I received a bachelor's degree in criminal justice and sociology from Western Michigan University. I graduated from the Wayne County Regional Police Training Center where I received my certification to work as a Law Enforcement Officer in the State of Michigan. I have attended in-service training courses pertaining to investigations, interviews, interrogations, narcotics, firearms, and more. As both a Northville Police Officer and FBI Task Force Officer, I have conducted or assisted in numerous investigations of federal and state violations, including crimes of violence, firearms, and drug trafficking.

2. The statements contained in this affidavit are based on my experience and background as a Task Force Officer and on information provided by police officers, other agents of the FBI, and other law enforcement personnel, as well as

1

communications with others who have personal knowledge of the events and circumstances described herein.

3. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

4. I am currently investigating Devantae BELL, date of birth xx/xx/1995, for violations of federal law, including felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

5. I have conducted a criminal history check (CCH) for BELL and learned BELL has been convicted of the following felony offenses:

- 2019 - Felony Possession/Use of a Financial Transaction Device
- 2018 - Felony Possession/Use of a Financial Transaction Device
- 2015 – Felony Police Officer – Fleeing – Fourth Degree
- 2015 - Assaulting/Resisting/Obstructing a Police Officer

## Probable Cause

6. On December 22, 2020, at approximately 08:35 P.M., Detroit Police officers were on routine patrol in the area of Schoolcraft Street and Southfield Freeway in Detroit, Michigan and observed a silver 2010 Mercedes Benz driving on the roadway with tinted front windows, in violation of Michigan Compiled Law 257.709.

7. With the patrol vehicle located behind the Mercedes Benz, officers were able to see through the back windshield into the vehicle and observed the rear passenger continually moving and leaning toward the driver, who was later identified as Devantae BELL. Based on their training and experience, the officers thought these movements were suspicious and possibly consistent with an attempt to conceal illegal items.

8. The Mercedes Benz entered the parking lot of a Mobil gas station at the corner of Schoolcraft Street and the Southfield Freeway, and the officers followed in their patrol vehicle, initiating a traffic stop for the tinted window violation in the gas station parking lot.

9. Officers made contact with the driver, BELL, and two additional passengers – a front seat and back seat passenger. The officers noted that the backseat passenger, who they had witnessed making furtive motives just moments before the stop, was pretending to be asleep as the officers spoke to BELL.

10. Upon making contact with the occupants of the vehicle, the officers immediately detected the odor of alcohol and burnt marijuana coming from within the vehicle. Officers also observed what appeared to be a bag of suspected marijuana on the dashboard of the vehicle and a clear cup of suspected alcohol in the cupholder, in violation of Michigan Compiled Law 257.624a.

11. Based on these observations, the officers asked that all occupants exit the vehicle for further investigation. As the occupants exited the vehicle, one of the officers also observed an open bottle of alcohol on the front passenger floorboard.

12. Officer Mathis then conducted a search of the vehicle and discovered a loaded Colt Diamondback .38 caliber revolver with a black frame and a brown handle on the driver's side floorboard between the driver's seat and the gas pedal where BELL had been seated.

13. The officers recovered the loaded firearm, as well as two open containers of alcohol, a plastic bag containing suspected marijuana, and a freshly burnt marijuana joint.

14. The officers ran BELL's information through the Law Enforcement Information Network (LEIN) and learned that BELL had not been issued a concealed pistol license (CPL).

15. On April 7, 2021, ATF Special Agent Michael Jacobs advised me that the referenced firearm is a firearm as defined under 18 U.S.C. § 921 and was manufactured outside the state of Michigan and therefore traveled in and affect interstate commerce.

## Conclusion

16. Based on the above information, probable cause exists to believe that BELL, a previously convicted felon, was unlawfully in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1)

Respectfully submitted,

_____
John Cozzi, Task Force Officer
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Hon. Elizabeth A. Stafford
United States Magistrate Judge

Dated: April 14, 2021

5